UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

LEROY DICKERSON,                                :

                    Petitioner,      :     **ORDER PURSUANT TO**
                                                                 **RHINES V. WEBER**
     -against-                          :
                                                                  08 Civ. 8024 (RJS) (FM)

JAMES CONWAY, Superintendent,      :
Attica Correctional Facility, et al.,

                                                                :

                    Respondents.
----------------------------------------------------------x

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 2/10/09]

**FRANK MAAS,** United States Magistrate Judge.

      This habeas petition pursuant to 28 U.S.C. § 2254 is dated August 20, 2008, was received by the Pro Se Office of this Court on August 28, 2008, and was docketed the following month. Thereafter, on January 8, 2009, Judge Sullivan referred the case to me for a report and recommendation.

      Prior to the referral, the petitioner submitted a motion seeking a stay and abeyance so that he could "argue and preserve a few more state issues." (See Docket No. 2). In his application, however, the petitioner did not indicate what those additional issues are or why they had not previously been raised in state court.

      In Rhines v. Weber, 544 U.S. 269, 277 (2005), the Supreme Court declared that a stay and abeyance should be granted "only in limited circumstances." Thus, a trial court should deny an application to stay a § 2254 proceeding if it determines there was no

good cause for the petitioner's prior failure to exhaust his claims or the unexhausted claims are meritless.  Id.

Here, as noted above, the petitioner has neither explained his prior failure to exhaust nor indicated what his new claims are.  Therefore, the Court cannot determine whether the application should be granted.

The petitioner therefore is directed to submit to the Court by March 2, 2009, an explanation of (a) the claims he wishes to pursue in state court, and (b) the reasons he did not previously present those claims to the state courts.  Upon the receipt of this information, the Court will consider whether a stay and abeyance is warranted.

SO ORDERED.

Dated:      New York, New York
            February 9, 2009

_____
            FRANK MAAS
            United States Magistrate Judge

Copies to:

Hon. Richard J. Sullivan
United States District Judge

Leroy Dickerson
DIN # 02-A-5115
Attica Correctional Facility
P.O. Box 149
Attica, New York 14011-0149

2